IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TRUSTEES ON BEHALF OF THE PRINTING )
SPECIALTIES & PAPER PRODUCTS JOINT )
EMPLOYER & UNION HEALTH & WELFARE  )
FUND,                              )
                                   )    2:06-cv-1499-GEB-GGH
          Plaintiff,               )
                                   )
     v.                            )    ORDER
                                   )
AMERICAN LITHOGRAPHERS, INC.,      )
                                   )
          Defendant.               )
_____)
```

         The parties in this closed action, which was dismissed with prejudice when the parties electronically filed a Stipulation of Dismissal on December 22, 2006 ("December 22 Stipulation"), have filed a request to seal the December 22 Stipulation.  The parties state the basis of this request is that the December 22 Stipulation "erroneously contained the parties' settlement agreement and release, which [they] intended to be confidential."  (Req. to Seal Doc., filed Jan. 23, 2007.)  The parties state "within five (5) business days" of the issuance of the requested sealing order, they will "re-file the Stipulation and Dismissal."  (Id.)

         The parties have not provided sufficient justification for a sealing order.  But because of their representation that the December

1

22 Stipulation was improvidently filed, it shall be removed from the Court's filing system, except for the stipulated dismissal portion thereof which is attached to this order.[1]  CBS, Inc. v. U.S. Dist. Ct. for Cent. Dist. of Cal., 765 F.2d 823, 825-26 (9th Cir. 1985) (stating that an unnecessary, surplus, and improvidently filed document may be removed from the record).  Further, since this action has already been dismissed with prejudice, the dismissal of this action with prejudice is *nunc pro tunc* as of December 22, 2006.  See Oswalt v. Scripto, Inc., 616 F.2d 191, 194 (5th Cir. 1980) (indicating a dismissal order could issue even where the parties fail to formally request it).

IT IS SO ORDERED.

Dated:   January 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] This portion of the December 22 Stipulation is attached since it dismissed the action without a court order under Federal Rule of Civil Procedure 41(a), which authorized the dismissal without a court order, and it is evident that the parties do not want this portion of their December 22 Stipulation deleted from the docket.

2